Certificate Number: 14912-TNM-DE-034885365

Bankruptcy Case Number: 20-03498


14912-TNM-DE-034885365

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 16, 2020</u>, at <u>12:54</u> o'clock <u>PM EDT</u>, <u>Casey Brown</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Tennessee</u>.

Date: <u>September 16, 2020</u>    By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>